**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2180**

_____

In re: ALBERT LEROY GREEN, JR.,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:23-cv-00668-MR)

_____

Submitted:  January 29, 2025                                    Decided:  March 19, 2025

_____

Before RICHARDSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Albert Leroy Green, Jr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Leroy Green Jr., petitions for a writ of mandamus seeking an order directing the district court to grant him the relief he requested in his dismissed 28 U.S.C. § 2254 petition.* We conclude that Green is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Green is not available by way of mandamus. Accordingly, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

\* Green's appeal of the denial of his § 2254 petition is currently pending in this court. *See Green v. Anderson*, No. 24-6809 (4th Cir. docketed Aug. 22, 2024).